PROB 12B
(7/93)

Report Date: August 26, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 28 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Russell D. Bush          Case Number: 2:08CR00089-002

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Court Judge

Date of Original Sentence: February 23, 2009      Type of Supervision: Supervised Release

Original Offense: Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base, in the form of Crack Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii)

Date Supervision to Commence: September 6, 2013

Original Sentence: Prison - 63 Months;
TSR - 48 Months

Date Supervision Expires: September 5, 2017

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18  You shall reside in a residential reentry center (RRC) for a period of up to 120 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Russell D. Bush is currently residing at the Spokane Residential Reentry Center (RRC) as a result of the sentence imposed on February 23, 2009. He is scheduled to release from the facility on or about September 6, 2013.

It was anticipated that Mr. Bush would secure adequate housing while developing a release plan appropriate for transitional purposes; however, he has been unable to establish a stable residence to date. Mr. Bush is actively seeking employment at this time. He is attempting to secure subsidized housing with the assistance of SNAP. Consequently, Mr. Bush has requested additional time at the RRC in order to develop a suitable release plan. If the Court concurs with the request for modification, he will release from the RRC when legitimate housing has been secured.

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted extending Russell Bush's stay at the RRC for a period of up to 120 days. It is also recommended that Mr. Bush be allowed to transition to his residence immediately, once secured, from the RRC.

Prob 12B
**Re: Bush, Russell D**
**August 26, 2013**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/26/2013

s/Tommy Rosser

U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

8/28/2013
Date