FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 15 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Russell D. Bush           Case Number: 2:08CR00089-002

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: February 23, 2009      Type of Supervision: Supervised Release

Original Offense: Distribution of 5 Grams or More of       Date Supervision Commenced: September 6, 2013
a Mixture or Substance Containing Cocaine Base, in
the form of Crack Cocaine, 21 U.S.C. § 841(a)(1) and
(b)(1)(B)(iii)

Original Sentence: Prison - 63 months            Date Supervision Expires: September 5, 2017
                   TSR - 48 months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

19  You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

20  You shall take medications for the treatment prescribed by the licensed mental health treatment provider.

### CAUSE

Recent contact with Mr. Bush suggests the above-mentioned modifications are appropriate. In an attempt to provide Federal funding, if necessary, it is requested that the Court modify the conditions of supervision to include the aforementioned conditions.

Mr. Bush was asked whether he would waive his right to a hearing and agree to the modification as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Bush has agreed to the proposed modification.

Prob 12B
**Re: Bush, Russell D.**
**November 13, 2013**
**Page 2**

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervision be adopted requiring Russell Bush to participate in a mental health evaluation, and follow any recommended treatment, to include taking any medications prescribed.

|  |  | Respectfully Submitted, |
|---|---|---|
|  | by | s/Tommy Rosser |
|  |  | Tommy Rosser<br>U.S. Probation Officer<br>Date: November 13, 2013 |

**THE COURT ORDERS**

[ ] No Action
[X] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

11/15/2013
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19   You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

20   You shall take medications for the treatment as prescribed by the licensed mental health treatment provider.

Witness: _____        Signed: _____
         Tommy Rosser                            Russell D Bush
         U.S. Probation Officer                  Probationer or Supervised Releasee

                        10.31.13
                        Date