PROB 12C
(7/93)

Report Date: March 24, 2014

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Russell D. Bush               Case Number: 2:08CR00089-002

Address of Offender: 904 W. 9th Avenue, #6, Spokane, WA  99204

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: February 23, 2009

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base, in the form of Crack Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) |
| Original Sentence: | Prison - 63 months         Type of Supervision: Supervised Release
TSR - 48 months |
| Asst. U.S. Attorney: | Aine Ahmed                 Date Supervision Commenced: September 6, 2013 |
| Defense Attorney: | Federal Defenders Office   Date Supervision Expires: September 5, 2017 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.
| | **Supporting Evidence**: Russell Bush violated the conditions of his supervised release in Spokane, Washington, on or about March 6, 2014, by providing a urinalysis test that showed presumptive positive for marijuana.
| | The sample was subsequently sent to the lab for further analysis.  On March 24, 2014, the undersigned officer received confirmation that the specimen was positive for marijuana metabolites.  The offender signed an admission of drug use form on March 6, 2014.
| 2 | **Special Condition # 17**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

Prob12C
**Re: Bush, Russell D**
**March 24, 2014**
**Page 2**

|  | |
|---|---|
| | **Supporting Evidence**: Russell Bush violated the conditions of his supervised release in Spokane, Washington, on March 4, 2014, by consuming alcohol, contrary to special condition number 17. The offender signed an admission of alcohol use form on March 5, 2014. |
| 3 & 4 | **Standard Condition #3:** The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence:** Russell Bush violated the conditions of his supervised release in Spokane, Washington, on or about March 5, 2014, by failing to report to ADEPT for a urine test as directed. In addition, he failed to answer inquiries by his probation officer truthfully. Specifically, the offender was asked if he had consumed any illicit substance at the time of his alcohol use. He denied consuming illicit drugs during supervision. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/24/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

March 25, 2014
Date