PROB 12C
(7/93)

Report Date: September 15, 2014

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Russell D. Bush | Case Number: 2:08CR00089-RHW-2 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮ | |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: February 23, 2009

Original Offense:    Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base, in the form of Crack Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 63 months<br>TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Pamela Byerly | Date Supervision Commenced: | September 6, 2013 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: | September 5, 2017 |

### PETITIONING THE COURT

**To issue a warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/24/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On June 25, 2014, Mr. Bush entered into a long-term inpatient drug treatment program at Sun Ray Court in Spokane, Washington.  He was terminated from treatment at the residential facility on September 11, 2014, for program rule violations.  He has failed to report any change of address to the U.S. Probation Office, and his current whereabouts are unknown. |
| 6 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare.  You shall contribute to the cost of treatment according to your ability.  You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Bush entered into long term inpatient drug treatment at Sun Ray Court on June 25, 2014.  He was terminated unsuccessfully from treatment on September 11, 2014.  He was directed by treatment staff to report to the U.S. Probation Office.  He has failed to report, and his current whereabouts are unknown. |

Prob12C
**Re: Bush, Russell D**
**September 15, 2014**
**Page 2**

The U.S. Probation Office respectfully recommends the Court **issue a warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/24/2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/15/2014

s/Matthew L. Thompson

Matthew L. Thompson
Supervising U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Robert H. Whaley*

Signature of Judicial Officer

September 17, 2014

Date